IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TAG/ICIB SERVICES, INC. as agent
of AMERICAN PRESIDENT LINES

    Plaintiff

    vs.

AV ASSOCIATES, INC.

    Defendant

CIVIL NO. 06-1873(GAG)

COLLECTION OF DEMURRAGE

### ORDER

Upon examination of plaintiff's Motion for Service by Publication dated December 20, 2006 and appearing from that motion and from the Sworn Statement attached thereto that despite all plaintiff's diligent efforts, plaintiff has been unable to locate the defendant in Puerto Rico, and it further appearing that there exists a claim that merits the granting of a remedy against AV Associates, Inc.;

IT IS HEREBY **ORDERED** that said defendant be served by publication to be made once in a newspaper of general circulation on the island of Puerto Rico. In default thereof, this court will proceed to the adjudication of the above cause.

IT IS FURTHER **ORDERED** that a copy of the complaint in this case shall be sent to defendant AV Associates, Inc. by certified mail, return receipt requested within ten (10) days of the one and only publication.

SO **ORDERED**.

In San Juan, Puerto Rico, this 20th day of December, 2006.

*signature*

U.S.D.J.

GUSTAVO A. GELPI
UNITED STATES DISTRICT JUDGE

2